138 P.3d 306

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

Ferreira v. Ferreira .............. 26444     07/13/2006   Denied      112 Hawaiʻi 225, 145 P.3d 768